October 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PINNACLE PREMIER PROPERTIES, INC. AND PINNACLE REALTY ADVISORS, INC, Appellant

NO. 14-14-00194-CV                 V.

GHISLAIN BRETON, CATHERINE DENICOURT AND DAVID ANDREIS, Appellees

_____

This cause, an appeal from the order granting temporary injunction in favor of appellees, Ghislain Breton, Catherine Denicourt and David Andreis, signed March 4, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting the order. We therefore order the temporary injunction order of the court below **REVERSED** and **RENDER** judgment denying appellees' request for a temporary injunction.

We further order that all costs incurred by reason of this appeal be paid by appellees, Ghislain Breton, Catherine Denicourt and David Andreis.

We further order this decision certified below for observance.